# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>　　　　Defendants. | Case No. CV 11-7141 DOC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the above-captioned action is **DISMISSED** as follows:

　　1.　Plaintiff's claims against defendants Warden Cash, Warden Sullivan, Hernandez, and the State of California are **DISMISSED WITH PREJUDICE**;

　　2.　Plaintiff's official capacity claims against the Doe Defendants are **DISMISSED WITH PREJUDICE**; and

　　3.　Plaintiff's individual capacity claims against the Doe Defendants are **DISMISSED WITHOUT PREJUDICE**.

Dated: September 4, 2012　　　　　　　_David O. Carter_____
　　　　　　　　　　　　　　　　　　　　HON. DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE