1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DARRYL DUNSMORE,  ) Case No. CV 11-7141 DOC (JCG)
          Plaintiff,  ) **JUDGMENT**
        v.  )
STATE OF CALIFORNIA, *et al.*,  )
          Defendants.  )
                              )

      IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the above-captioned action is **DISMISSED** as follows:

      1.     Plaintiff's claims against defendants Warden Cash, Warden Sullivan, Hernandez, and the State of California are **DISMISSED WITH PREJUDICE**;

      2.     Plaintiff's official capacity claims against the Doe Defendants are **DISMISSED WITH PREJUDICE**; and

      3.     Plaintiff's individual capacity claims against the Doe Defendants are **DISMISSED WITHOUT PREJUDICE**.

Dated:  September 4, 2012          _____

                            HON. DAVID O. CARTER
                     UNITED STATES DISTRICT JUDGE